AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

**FILED**
FEB 1 3 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 4:18 MJ 6066 PLC
the premises of 7734 Wooddale Lane, St. Louis, Missouri, 63126, located in the Eastern )
District of Missouri, is a single-family residence, constructed of Brown brick and grey stone )
with a red front door and dark shutters. The numeric's 7734 are clearly visible next to the )
front door. )
SEE ATTACHED PHOTO

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____EASTERN_____ District of _____MISSOURI_____
*(identify the person or describe the property to be searched and give its location):*

the premises of 7734 Wooddale Lane, St. Louis, Missouri, 63126, a single-family residence, constructed of Brown brick and grey stone with a red front door and dark shutters. The numeric's 7734 are clearly visible next to the front door.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

All firearm(s), illegal controlled substances, mobile phones, U.S. currency, drug trafficking documentation, documentation of residency, and indicia of control over the premises

**YOU ARE COMMANDED** to execute this warrant on or before _____February 26, 2018_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Honorable Patricia L. Cohen, U.S. Magistrate Judge_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: 2/13/18

*Judge's signature*

City and state:   St. Louis, MO   Honorable Patricia L. Cohen, U.S. Magistrate Judge
*Printed name and title*

